**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

MAR 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REPUBLIC PROPERTY TRUST
13861 Sunrise Valley Drive
Suite 410
Herndon, VA 20171,

and

REPUBLIC PROPERTY LIMITED
PARTNERSHIP
13861 Sunrise Valley Drive
Suite 410
Herndon, VA 20171

     Plaintiffs,

     v.

REPUBLIC PROPERTIES CORPORATION
1280 Maryland Avenue, S.W.
Suite 280
Washington, D.C. 20024,

STEVEN A. GRIGG
4728 Foxhall Crescents, N.W.
Washington, D.C. 20007,

and

RICHARD L. KRAMER
41 West Putnam Avenue
Greenwich, CT 06830

     Defendants.

Case: 1:07-cv-00595
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 3/28/2007
Description: REP.PROPERTY TRUST v. REP.PROPERTIES CORP.

## CERTIFICATE UNDER LCvR 7.1 BY PLAINTIFF REPUBLIC PROPERTY TRUST

I, the undersigned, counsel of record for Republic Property Trust, certify that to the best

of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Republic

Property Trust, which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Dated:  March 28, 2007

Respectfully submitted,

Mark E. Nagle, Bar No. 416364
Tracy P. Varghese, Bar No. 472805
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 274-2972
mark.nagle@troutmansanders.com

*Counsel for Republic Property Trust and*
*Republic Property Limited Partnership*