AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

REPUBLIC PROPERTY TRUST, et al.

**SUMMONS IN A CIVIL CASE**

V.

REPUBLIC PROPERTIES CORPORATION, et al.

Case: 1:07-cv-00595
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 3/28/2007
Description: REP.PROPERTY TRUST v. REP.PROPERTIES CORP.

TO: (Name and address of Defendant)

REPUBLIC PROPERTIES CORPORATION
Serve: Steven A. Grigg, Registered Agent
1280 Maryland Ave., S.W.
Washington, D.C. 20024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark E. Nagle
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                             MAR 2 8 2007

CLERK                                                DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Republic Property Trust, et al.

vs.

Republic Properties Corporation, et al.

No. 1:07-CV-00595 CKK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Initial Eletronic Case Filing Order; Notice of Right to Consent to Trial Before United States Magistrate Judge; Consent to Proceed Before A United States Magistrate Judge For All Purposes; Complaint; and Exhibits A - E in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:10 pm on April 2, 2007, I served Republic Properties Corporation c/o Steven A. Grigg, Registered Agent at 1280 Maryland Avenue, SW, Suite 280, Washington, DC 20024 by serving Steven A. Grigg, Registered Agent, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     55
HEIGHT-  5'10"
HAIR-    GRAY
WEIGHT-  180
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 04/02/07
Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 185941