UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC PROPERTY TRUST, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>REPUBLIC PROPERTIES CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 07-0595-CKK<br>Judge Kollar-Kotelly |

## ACKNOWLEDGEMENT OF SERVICE

The undersigned counsel for Steven Grigg, defendant in this action, hereby acknowledges and accepts service on March 30, 2007 of the Summons and Complaint in this action on behalf of defendant Grigg. All defenses except those enumerated in Fed. R. Civ. P. 12(b)(4) and (5) pertaining to sufficiency of process and sufficiency of service of process are specifically preserved.

Executed on: ___3/30/07___
                   Date

_____
Counsel for Defendant Steven Grigg