IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC PROPERTY TRUST, ET AL.,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>REPUBLIC PROPERTIES CORP.,<br>1280 Maryland Avenue, S.W.<br>Suite 280<br>Washington, D.C.  20024,<br><br>STEVEN A. GRIGG<br>4728 Foxhall Crescents, N.W.<br>Washington, D.C.  20007,<br><br>and<br><br>RICHARD L. KRAMER<br>41 West Putnam Avenue<br>Greenwich, CT  06830<br><br>                    Defendants. | No. 1:07-cv-00595-RCL<br><br>Judge Royce C. Lamberth |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

      To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel on behalf of Defendant, Mr. Steven A. Grigg.

2

I certify that I am admitted to practice in the U.S. District Court for the District of Columbia.

Dated: April 19, 2007

                    Respectfully Submitted,

                    /s/ Marianela Peralta

                    Marianela Peralta, D.C. Bar No. 449803
                      *peraltam@dicksteinshapiro.com*
                    DICKSTEIN SHAPIRO LLP
                    1825 Eye Street, NW
                    Washington, DC 20006-5403
                    (202) 420-2200

                    *Attorneys for Defendant Steven A. Grigg*

**Certificate of Service**

I hereby certify that, on this 19th day of April 2007, a true and accurate copy of the foregoing was served by U.S. mail on the following:

    Mark E. Nagle
    Tracy Varghese
    TROUTMAN SANDERS LLP
    401 9th Street, N.W., Suite 1000
    Washington, D.C. 20004
    (202) 274-2972

    Republic Properties Corp.
    1280 Maryland Avenue, S.W.
    Suite 280
    Washington, D.C. 20024

    Richard L. Kramer
    41 West Putnam Ave.
    Greenwich, CT 06830

    /s/ Marianela Peralta
    Marianela Peralta
    D.C. Bar No. 449803
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006-5403
    (202)420-2200