**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REPUBLIC PROPERTY TRUST, ET AL.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>REPUBLIC PROPERTIES CORP.,<br>1280 Maryland Avenue, S.W.<br>Suite 280<br>Washington, D.C.  20024,<br><br>STEVEN A. GRIGG<br>4728 Foxhall Crescents, N.W.<br>Washington, D.C.  20007,<br><br>and<br><br>RICHARD L. KRAMER<br>41 West Putnam Avenue<br>Greenwich, CT  06830<br><br>　　　　　　Defendants. | No. 1:07-cv-00595-RCL<br><br>Judge Royce C. Lamberth |

**DEFENDANT STEVEN A. GRIGG'S CONSENT MOTION FOR AN
EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**

　　　　Plaintiff Steven A. Grigg ("Mr. Grigg") in his individual capacity, by and through his attorneys and pursuant to Federal Rules of Civil Procedure 6, 8 and 12, respectfully files the instant motion requesting that this Court grant his request for an extension of time to file a response to Plaintiffs' Complaint up to, and including, Monday, April 30, 2007.  In support of this Motion, Mr. Grigg states as follows:

This matter is the second case in the District of Columbia courts involving Mr. Grigg and his former employer Republic Property Trust ("RPT").[1] The first case, <u>Steven A. Grigg v. Republic Property Trust</u>, Civil Action No. 2006 CA 009051 B, is currently pending before Judge Lynn Leibovitz in the Superior Court for the District of Columbia. That lawsuit is a breach of contract action filed by Mr. Grigg based on his Employment Agreement with RPT. Mr. Grigg initiated that lawsuit on December 22, 2006. On January 11, 2007, RPT filed an Answer and a six-count Counterclaim which Mr. Grigg moved to dismiss.[2] On March 29, 2007, one day after filing in this Court counts that are similar to the ones it filed in the Superior Court case, RPT filed a notice of voluntary dismissal dismissing four counts (alleging fraud, securities fraud, unjust enrichment, and punitive damages) from its Counterclaim in the Superior Court case. Mr. Grigg filed an Answer to the remaining counts of the Counterclaim on April 13, 2007, and is currently in the midst of responding to RPT's Discovery Requests.

On March 30, 2007, counsel for Mr. Grigg agreed to accept service of process of this Complaint on behalf of Mr. Grigg. Thus, an answer or response in this case is due on April 19, 2007. Mr. Grigg requests an additional ten days until April 29, 2007 (which falls on a Sunday) making the Answer due Monday, April 30, 2007.

On March 30, 2007, RPT consented to this request for an enlargement of time and counsel for Mr. Grigg agreed not to oppose RPT's request for an additional ten days to respond to any Motion to Dismiss filed by Mr. Grigg.

No other defendant named in the Complaint has responded and, therefore, this request will not prejudice any other parties, nor will this request cause any undue delay to this Court.

---

[1] Mr. Grigg, one of RPT's founders, currently serves on RPT's Board of Trustees.

[2] A third lawsuit concerning indemnification between co-defendant Richard Kramer and RPT is pending in U.S. District Court in Maryland.

2

WHEREFORE, Mr. Grigg respectfully requests that the Court GRANT the instant motion and extend the deadline to file a response to the Complaint until Monday, April 30, 2007.

Dated:  April 19, 2007

Respectfully Submitted,

/s/ Marianela Peralta
Marianela Peralta, D.C. Bar No. 449803
 *peraltam@docksteinshapiro.com*
Richard J. Conway, D.C. Bar No. 164541
 *conwayr@dicksteinshapiro.com*
Seymour Glanzer, D.C. Bar No. 040188
 *glanzers@dicksteinshapiro.com*
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200

*Attorneys for Defendant Steven A. Grigg*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REPUBLIC PROPERTY TRUST, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> REPUBLIC PROPERTIES CORP., ET AL., <br><br> Defendants. | No. 1:07-cv-00595-RCL <br><br> Judge Royce C. Lamberth |

**ORDER**

Upon consideration of Defendant Steven A. Grigg's Consent Motion For an Extension of Time to File a Response to Plaintiffs' Complaint and any response thereto, it is hereby

**ORDERED** that the Consent Motion is **GRANTED**, and it is

**FURTHER ORDERED** that Mr. Grigg's Answer shall be filed no later than April 30, 2007.

_____
Royce C. Lamberth
Judge

Dated: _____

Parties to be notified:

| | |
|---|---|
| Mark E. Nagle <br> TROUTMAN SANDERS LLP <br> 401 9th Street, N.W., Suite 1000 <br> Washington, D.C. 20004 <br> (202) 274-2972 | Richard J. Conway <br> DICKSTEIN SHAPIRO LLP <br> 1825 Eye Street, NW <br> Washington, DC 20006-5403 <br> (202) 420-2200 |
| Republic Properties Corp. <br> 1280 Maryland Avenue, S.W. <br> Suite 280 <br> Washington, D.C. 20024 | Richard L. Kramer <br> 41 West Putnam Ave. <br> Greenwich, CT 06830 |

**Certificate of Service**

I hereby certify that, on this 19th day of April 2007, a true and accurate copy of the foregoing was served by U.S. mail on the following:

>Mark E. Nagle
>Tracy Varghese
>TROUTMAN SANDERS LLP
>401 9th Street, N.W., Suite 1000
>Washington, D.C. 20004
>(202) 274-2972
>
>Republic Properties Corp.
>1280 Maryland Avenue, S.W.
>Suite 280
>Washington, D.C. 20024
>
>Richard L. Kramer
>41 West Putnam Ave.
>Greenwich, CT 06830

>/s/ Marianela Peralta
>Marianela Peralta
>D.C. Bar No. 449803
>Dickstein Shapiro LLP
>1825 Eye Street, N.W.
>Washington, D.C. 20006-5403
>(202)420-2200