IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC PROPERTY TRUST<br>13861 Sunrise Valley Drive<br>Suite 410<br>Herndon, VA 20171,<br><br>and<br><br>REPUBLIC PROPERTY LIMITED<br>PARTNERSHIP<br>13861 Sunrise Valley Drive<br>Suite 410<br>Herndon, VA 20171<br><br>    Plaintiffs,<br><br>    v.<br><br>REPUBLIC PROPERTIES CORPORATION<br>1280 Maryland Avenue, S.W.<br>Suite 280<br>Washington, D.C. 20024<br><br>STEVEN A. GRIGG<br>4728 Foxhall Crescents, N.W.<br>Washington, D.C. 20007,<br><br>and<br><br>RICHARD L. KRAMER<br>41 West Putnam Avenue<br>Greenwich, CT 06830<br><br>    Defendants. | Civil Action No. 1:07-cv-00595-RCL |

**EMERGENCY MOTION
FOR EXTENSION OF TIME,
AND POINTS AND AUTHORITIES**

Defendant Republic Properties Corporation ("RPC") hereby moves the Court for an

Order extending the deadline for its response to the Complaint from April 23, 2007, to April 30,

2007. Counsel for RPC have requested consent to this relief from counsel for Plaintiffs, but as of the time of filing of this Motion have not yet received a response. The extension is necessary due to the schedules of RPC's counsel, which have included personal and professional travel, medical leave, and other professional commitments, and to permit counsel for RPC to prepare an appropriate response to the Complaint, which is 31 pages long, includes counts under federal and District of Columbia securities laws as well as the common law, and includes numerous exhibits.

For the reasons stated, RPC respectfully requests that the Motion be granted.

Respectfully submitted,

/s/ George A. Borden
George A. Borden (Bar No. 419772)
William T. Burke (Bar No. 471948)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Counsel for Republic Properties Corporation

Dated: April 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Emergency Motion for Extension of Time was served, by facsimile and first-class mail, postage prepaid, upon Mark Nagle, Troutman Sanders, LLP, 401 9th Street, N.W., Suite 1000, Washington, D.C. 20004.

/s/ George A. Borden
George A. Borden

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC PROPERTY TRUST<br>13861 Sunrise Valley Drive<br>Suite 410<br>Herndon, VA 20171,<br><br>and<br><br>REPUBLIC PROPERTY LIMITED<br>PARTNERSHIP<br>13861 Sunrise Valley Drive<br>Suite 410<br>Herndon, VA 20171<br><br>    Plaintiffs,<br><br>    v.<br><br>REPUBLIC PROPERTIES CORPORATION<br>1280 Maryland Avenue, S.W.<br>Suite 280<br>Washington, D.C. 20024<br><br>STEVEN A. GRIGG<br>4728 Foxhall Crescents, N.W.<br>Washington, D.C. 20007,<br><br>and<br><br>RICHARD L. KRAMER<br>41 West Putnam Avenue<br>Greenwich, CT 06830<br><br>    Defendants. | Civil Action No. 1:07-cv-00595-RCL |

## ORDER

Upon consideration of the Emergency Motion for Extension of Time filed by Republic Properties Corporation, it is hereby

ORDERED on this ___ day of April, 2007, that the Motion is GRANTED; and

FURTHER ORDERED that the deadline for Republic Properties Corporation's response to the Complaint is extended to April 30, 2007.

_____
United States District Judge

cc: Mark E. Nagle
　　Troutman Sanders LLP
　　401 9th Street, N.W.
　　Suite 1000
　　Washington, D.C. 20004

　　George A. Borden
　　William T. Burke
　　Williams & Connolly LLP
　　725 12th Street, N.W.
　　Washington, D.C. 20005