IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC PROPERTY TRUST<br>13861 Sunrise Valley Drive<br>Suite 410<br>Herndon, VA 20171,<br><br>and<br><br>REPUBLIC PROPERTY LIMITED<br>PARTNERSHIP<br>13861 Sunrise Valley Drive<br>Suite 410<br>Herndon, VA 20171<br><br>    Plaintiffs,<br><br>    v.<br><br>REPUBLIC PROPERTIES CORPORATION<br>1280 Maryland Avenue, S.W.<br>Suite 280<br>Washington, D.C. 20024<br><br>STEVEN A. GRIGG<br>4728 Foxhall Crescents, N.W.<br>Washington, D.C. 20007,<br><br>and<br><br>RICHARD L. KRAMER<br>41 West Putnam Avenue<br>Greenwich, CT 06830<br><br>    Defendants. | Civil Action No. 1:07-cv-00595-RCL |

**STIPULATION EXTENDING TIME
AND WITHDRAWING EMERGENCY MOTION FOR EXTENSION**

Plaintiffs Republic Property Trust and Republic Property Limited Partnership and

defendant Republic Properties Corporation hereby stipulate that the Emergency Motion for

Extension of Time filed by Republic Properties Corporation is withdrawn and that the deadline for Republic Properties Corporation to respond to the Complaint is extended to April 30, 2007, subject to approval by the Court.

                                      Respectfully submitted,

                                      /s/ Paul Martin Wolff
                                      Paul Martin Wolff (Bar No. 90217)
                                      George A. Borden (Bar No. 419772)
                                      Kenneth C. SMurzynski (Bar No. 442131)
                                      William T. Burke (Bar No. 471948)
                                      Williams & Connolly LLP
                                      725 12th Street, N.W.
                                      Washington, D.C. 20005
                                      Telephone: (202) 434-5000
                                      Facsimile: (202) 434-5029

                                      Counsel for Republic Properties Corporation

                                      /s/ Mark E. Nagle by permission
                                      Mark E. Nagle (Bar No. 416364)
                                      Troutman Sanders LLP
                                      401 9th Street, N.W.
                                      Washington, D.C. 20004
                                      Telephone: (202) 274-2872
                                      Facsimile: (202) 654-5666

                                      Counsel for Republic Property Trust and Republic
                                      Property Limited Partnership

Dated: April 20, 2007

Approved and So Ordered: _____
                                  United States District Judge

Copies To:


Paul Martin Wolff (Bar No. 90217)
George A. Borden (Bar No. 419772)
Kenneth C. SMurzynski (Bar No. 442131)
William T. Burke (Bar No. 471948)
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Mark E. Nagle (Bar No. 416364)
Troutman Sanders LLP
401 9th Street, N.W.
Washington, D.C. 20004

Seymour Glanzer
Dickstein Shapiro LLP
1825 Eye St., N.W.
Washington, D.C. 20006