IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REPUBLIC PROPERTY TRUST
13861 Sunrise Valley Drive
Suite 410
Herndon, VA 20171,

and

REPUBLIC PROPERTY LIMITED
PARTNERSHIP
13861 Sunrise Valley Drive
Suite 410
Herndon, VA 20171

    Plaintiffs,

    v.

REPUBLIC PROPERTIES CORPORATION
1280 Maryland Avenue, S.W.
Suite 280
Washington, D.C. 20024

STEVEN A. GRIGG
4728 Foxhall Crescents, N.W.
Washington, D.C. 20007,

and

RICHARD L. KRAMER
41 West Putnam Avenue
Greenwich, CT 06830

    Defendants.

Civil Action No. 1:07-cv-00595-RCL

**STIPULATION EXTENDING TIME
AND WITHDRAWING EMERGENCY MOTION FOR EXTENSION**

Plaintiffs Republic Property Trust and Republic Property Limited Partnership and

defendant Republic Properties Corporation hereby stipulate that the Emergency Motion for

Extension of Time filed by Republic Properties Corporation is withdrawn and that the deadline for Republic Properties Corporation to respond to the Complaint is extended to April 30, 2007, subject to approval by the Court.

Respectfully submitted,

*/s/ Paul Martin Wolff*

Paul Martin Wolff (Bar No. 90217)
George A. Borden (Bar No. 419772)
Kenneth C. SMurzynski (Bar No. 442131)
William T. Burke (Bar No. 471948)
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Counsel for Republic Properties Corporation

*/s/ Mark E. Nagle / jb by permission*

Mark E. Nagle (Bar No. 416364)
Troutman Sanders LLP
401 9th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 274-2872
Facsimile: (202) 654-5666

Counsel for Republic Property Trust and Republic Property Limited Partnership

Dated: April 20, 2007

Approved and So Ordered: *George C. Lamberth*
United States District Judge

Copies To:

Paul Martin Wolff (Bar No. 90217)
George A. Borden (Bar No. 419772)
Kenneth C. SMurzynski (Bar No. 442131)
William T. Burke (Bar No. 471948)
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Mark E. Nagle (Bar No. 416364)
Troutman Sanders LLP
401 9th Street, N.W.
Washington, D.C. 20004

Seymour Glanzer
Dickstein Shapiro LLP
1825 Eye St., N.W.
Washington, D.C. 20006