## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC PROPERTY TRUST, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> REPUBLIC PROPERTIES CORP., ET AL., <br><br> Defendants. | No. 1:07-cv-00595-RCL <br><br> Judge Royce C. Lamberth |

### NOTICE OF ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel on behalf of Defendant, Mr. Steven A. Grigg.

I certify that I am admitted to practice in the U.S. District Court for the District of Columbia.

Dated: May 10, 2007

Respectfully Submitted,

/s/ Richard J. Conway

Richard J. Conway, D.C. Bar No. 164541
 *conwayr@dicksteinshapiro.com*
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200

*Attorneys for Defendant Steven A. Grigg*

**Certificate of Service**

I hereby certify that, on this 10th day of May 2007, a true and accurate copy of the foregoing was served by U.S. mail on the following:

    Mark E. Nagle
    Tracy Varghese
    TROUTMAN SANDERS LLP
    401 9th Street, N.W., Suite 1000
    Washington, D.C. 20004
    (202) 274-2972

    Paul Martin Wolff
    George A. Borden
    WILLIAMS & CONNOLLY LLP
    725 Twelfth St., N.W.
    Washington, D.C. 20005
    (202) 434-5000

    Richard L. Kramer
    41 West Putnam Ave.
    Greenwich, CT 06830

    /s/ Richard J. Conway
    Richard J. Conway
    D.C. Bar No. 449803
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006-5403
    (202) 420-2200