UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC PROPERTY TRUST et al., <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLIC PROPERTIES CORPORATION et al., <br><br> Defendants. | Case No.: 07-595 <br> Judge Lamberth |

**ENTRY OF APPEARANCE**

To the Clerk of the Court and all parties of record:

    Please enter the appearance of Tracy P. Varghese of Troutman Sanders LLP as additional counsel for Plaintiffs Republic Property Trust and Republic Property Limited Partnership in the above-captioned case.

Dated:  May 18, 2007

/s/ Tracy P. Varghese
Tracy P. Varghese, Bar No. 472805
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 274-2894 (tel.)
(202) 654-5652 (facsimile)
tracy.varghese@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May 2007, I caused a copy of the foregoing Entry of Appearance to be served upon all counsel of record via ECF and electronic mail as set forth below:

William Travers Burke
WILLIAMS & CONNOLLY LLP
725 12th St., N.W.
Washington, D.C. 20005

Seymour Glanzer
Richard J. Conway
Marianela Peralta
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

/s/ Tracy P. Varghese