IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC PROPERTY TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLIC PROPERTIES CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 1:07-cv-00595-RCL <br> Judge Lamberth |

**PLAINTIFFS' CONSENT MOTION TO ENLARGE TIME TO
FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs Republic Property Trust and Republic Property Limited Partnership ("Plaintiffs"), by counsel, hereby request that this Court enlarge until June 8, 2007 the time within which Plaintiffs must file their oppositions to the motions to dismiss filed by Defendants Republic Properties Corporation, Steven A. Grigg and Richard Kramer ("Defendants"), and sets forth the following in support of their motion:

1.   On May 11, 2007, Defendants filed two separate motions to dismiss Plaintiffs' Amended Complaint.  Currently, Plaintiffs' oppositions to these motions must be filed no later than May 25, 2007.

2.   Both motions to dismiss are lengthy and raise numerous legal issues for each of the seven counts in the Amended Complaint.  Plaintiffs require additional time within which to properly address the arguments in both motions, in part owing to the travel schedules of Plaintiffs' attorneys.

3.      Defendants have consented to enlarging the time for Plaintiffs, provided that the time within which their replies in support of the motions be enlarged to and including June 22, 2007.  Plaintiffs have no objection to such an enlargement.

4.      This Court may, in its discretion, permit the parties to enlarge the time within which their respective pleadings are due as described above.  Fed. R. Civ. Pro. 6(b).  The interests of justice would be served by allowing this enlargement of time.

WHEREFORE, Plaintiffs respectfully requests that this Court grant their Consent Motion and enter the Order attached hereto allowing Plaintiffs until June 8, 2007 to file their oppositions to the motions to dismiss and allowing Defendants until June 22, 2007 to file their replies in support of their motions to dismiss.

Respectfully submitted,

/s/ Mark E. Nagle
Mark E. Nagle, Bar No. 416364
Tracy P. Varghese, Bar No. 472805
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 274-2972
mark.nagle@troutmansanders.com

*Counsel for Republic Property Trust and Republic Property Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically via the ECF System of this Court this 22nd day of May, 2007 to:

Paul Martin Wolff
George A. Borden
Kenneth C. Smurzynski
William T. Burke
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005

*Counsel for Republic Properties Corporation
and Richard L. Kramer*

Seymour Glanzer
Richard J. Conway
Marianela Peralta
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

*Counsel for Steven A. Grigg*

/s/ Mark E. Nagle

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC PROPERTY TRUST, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>REPUBLIC PROPERTIES CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 1:07-cv-00595-RCL<br>Judge Lamberth |

**ORDER**

Upon consideration of the Plaintiffs' Consent Motion to Enlarge Time to File Oppositions to Defendants' Motions to Dismiss, and for good cause shown, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED.  Plaintiffs' oppositions to Defendants' motions to dismiss shall be due on or before June 8, 2007 and Defendants' replies in support of their motions to dismiss shall be due on or before June 22, 2007.

Date:

_____
United States District Judge