IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REPUBLIC PROPERTY TRUST, *et al.*,

    Plaintiffs,

v.

REPUBLIC PROPERTIES CORPORATION, *et al.*,

    Defendants.

Civil Action No. 1:07-cv-00595-RCL
Judge Lamberth

**PLAINTIFFS' CONSENT MOTION TO ENLARGE TIME TO
FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs Republic Property Trust and Republic Property Limited Partnership ("Plaintiffs"), by counsel, hereby request that this Court enlarge until June 13, 2007 the time within which Plaintiffs must file their oppositions to the motions to dismiss filed by Defendants Republic Properties Corporation, Steven A. Grigg and Richard Kramer ("Defendants"), and sets forth the following in support of their motion:

    1.    On May 11, 2007, Defendants filed two separate motions to dismiss Plaintiffs' Amended Complaint. On June 1, 2007, the Court granted the Plaintiffs' consent motion for an enlargement of time, which extended the time period by which Plaintiffs had to file their oppositions to the motions to dismiss to June 8, 2007 and extended the deadline for Defendants' replies to June 22, 2007.

    2.    Both motions to dismiss are lengthy and raise numerous legal issues for each of the seven counts in the Amended Complaint. Additionally, this action is one of several pending in different jurisdictions involving the same parties. Given the scope of litigation and the

unexpected scheduling difficulties that have arisen for Plaintiffs' counsel, Plaintiffs require additional time within which to address properly the arguments in the motions in this case.

3. Defendants have consented to enlarging the time for Plaintiffs, provided that the time within which their replies in support of the motions be enlarged to and including June 27, 2007. Plaintiffs have no objection to such an enlargement.

4. This Court may, in its discretion, permit the parties to enlarge the time within which their respective pleadings are due as described above. Fed. R. Civ. Pro. 6(b). Enlarging the time within which Plaintiffs must respond to the motions to dismiss up to and including June 13, 2007, will not unduly delay the resolution of this matter, nor prejudice any party.

WHEREFORE, Plaintiffs respectfully request that this Court grant their Consent Motion and enter the Order attached hereto allowing Plaintiffs until June 13, 2007 to file their oppositions to the motions to dismiss and allowing Defendants until June 27, 2007 to file their replies in support of their motions to dismiss.

Respectfully submitted,

/s/ Tracy P. Varghese
Mark E. Nagle, Bar No. 416364
Tracy P. Varghese, Bar No. 472805
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 274-2972
mark.nagle@troutmansanders.com

*Counsel for Republic Property Trust and Republic Property Limited Partnership*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically via the ECF System of this Court this 5th day of June, 2007 to:

>William T. Burke
>WILLIAMS & CONNOLLY LLP
>725 12th Street, N.W.
>Washington, D.C. 20005
>
>*Counsel for Republic Properties Corporation
>and Richard L. Kramer*
>
>Seymour Glanzer
>Richard J. Conway
>Marianela Peralta
>DICKSTEIN SHAPIRO LLP
>1825 Eye Street, N.W.
>Washington, D.C. 20006
>
>*Counsel for Steven A. Grigg*

/s/ Tracy P. Varghese_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC PROPERTY TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLIC PROPERTIES CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 1:07-cv-00595-RCL <br> Judge Lamberth |

**ORDER**

Upon consideration of the Plaintiffs' Consent Motion to Enlarge Time to File Oppositions to Defendants' Motions to Dismiss, and for good cause shown, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs' oppositions to Defendants' motions to dismiss shall be due on or before June 13, 2007 and Defendants' replies in support of their motions to dismiss shall be due on or before June 27, 2007.

Date:

_____
United States District Judge