UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REPUBLIC PROPERTY TRUST**, *et al.*, | ) ) ) |
| **Plaintiffs**, | ) ) |
| v. | )    Civil Action No. 07-595 (RCL) ) |
| **REPUBLIC PROPERTIES CORPORATION**, *et al.*, | ) ) ) ) |
| **Defendants**. | ) ) |

## ORDER

Upon consideration of the plaintiffs' consent motion [20] to enlarge time to file oppositions to defendants' motions to dismiss, and for good cause shown, it is hereby

ORDERED that plaintiffs' motion [20] is GRANTED; and it is further

ORDERED that plaintiffs' oppositions to defendants' motions to dismiss shall be due on or before June 13, 2007, and defendants' replies in support of their motions to dismiss shall be due on or before June 27, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 8, 2007.