IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC PROPERTY TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC PROPERTIES CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No. 1:07-cv-00595-RCL<br>Judge Lamberth |

## NOTICE

To the Clerk of the Court and all parties of record:

Please take notice that Tracy P. Varghese has left the employ of Troutman Sanders LLP and will no longer serve as counsel of record for Plaintiffs Republic Property Trust and Republic Property Limited Partnership ("Plaintiffs") in the above-captioned case.

Mark E. Nagle and Troutman Sanders LLP will continue to represent Plaintiffs in all respects.

Dated:  July 28, 2007

                                                Respectfully submitted,

                                                /s/ Tracy P. Varghese
                                                Tracy P. Varghese, Bar No. 472805
                                                TROUTMAN SANDERS LLP
                                                401 9th Street, N.W., Suite 1000
                                                Washington, D.C. 20004
                                                (202) 274-2894
                                                tracy.varghese@troutmansanders.com

                                                *Counsel for Republic Property Trust and*
                                                *Republic Property Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically via the ECF System of this Court this 28th day of July, 2007 to:

William T. Burke
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005

*Counsel for Republic Properties Corporation and Richard L. Kramer*

Seymour Glanzer
Richard J. Conway
Marianela Peralta
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

*Counsel for Steven A. Grigg*

/s/ Tracy P. Varghese