UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| REPUBLIC PROPERTY TRUST, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 07-595 (RCL) |
| REPUBLIC PROPERTIES CORPORATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The Court has considered plaintiffs' amended complaint [10]; Richard L. Kramer ("Kramer") and Republic Properties Corporation's ("RPC") motion to dismiss [14], plaintiffs' opposition thereto [23], and Kramer and RPC's reply [25]; Stephen A. Grigg's ("Grigg") motion to dismiss [15], plaintiffs' opposition thereto [22], and Grigg's reply [26]; and the applicable law. For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that Kramer and RPC's motion to dismiss [14] is GRANTED. It is further

ORDERED that Grigg's motion to dismiss [15] is GRANTED. It is further

ORDERED that plaintiff's amended complaint [10] is DISMISSED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 31, 2008.