**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

REPUBLIC PROPERTY TRUST, *et al*.,

     Plaintiffs,

      v.

REPUBLIC PROPERTIES CORPORATION, *et al*.,

     Defendants.

Civil Action No. 1:07-cv-00595-RCL
Judge Lamberth

**CONSENT MOTION TO SUBSTITUTE PARTIES
AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs Republic Property Trust and Republic Property Limited Partnership ("Plaintiffs") and Liberty Property Trust and Liberty Property Limited Partnership, by counsel, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, respectfully move this honorable Court to substitute Liberty Property Trust as plaintiff in place of Republic Property and Liberty Property Limited Partnership as plaintiff in place of Republic Limited Partnership.  In support of this unopposed motion, the Republic and Liberty entities state as follows:

1.        On October 4, 2007, the shareholders of Liberty Property Trust approved the acquisition of Republic Property Trust and its holdings, including Republic Property Limited Partnership.  As part of this acquisition, Republic Property Limited Partnership was merged into Liberty Property Trust's operating partnership, Liberty Property Limited Partnership.

2.        Republic Property Trust has now fully merged into Liberty Property Trust.  Thus, Liberty Property Trust and Liberty Property Limited Partnership are the successors in interest to Republic Property Trust and Republic Property Limited Partnership respectively and are the real parties in interest.

3.     This requested substitution of parties would not affect the rights of any of the involved parties.

4.     The undersigned counsel for Plaintiffs has contacted and obtained the consent of counsel for Defendants Republic Properties Corporation, Richard Kramer and Steven Grigg to substitute Liberty Property Trust and Liberty Property Limited Partnership in the place of Republic Property Trust and Republic Property Limited Partnership respectively.

WHEREFORE, Republic Property Trust, Republic Property Limited Partnership, Liberty Property Trust and Liberty Property Limited Partnership respectfully request the Court to enter the attached proposed order, and for such other and further relief as may be proper.

Dated: April 14, 2008

Respectfully submitted,


___/s/ Mark E. Nagle_____
Mark E. Nagle, Bar No. 416364
Tameka M. Collier, Bar No. 488979
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 274-2972
mark.nagle@troutmansanders.com


*Counsel for Republic Property Trust, Republic Property Limited Partnership, Liberty Property Trust and Liberty Property Limited Partnership*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing was served electronically via the ECF System of this Court this 14th day of April, 2008 to:

William T. Burke
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005

*Counsel for Republic Properties Corporation
and Richard L. Kramer*

Seymour Glanzer
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

*Counsel for Steven A. Grigg*


/s/ Tameka Collier___

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

REPUBLIC PROPERTY TRUST, *et al.*,

     Plaintiffs,

     v.

REPUBLIC PROPERTIES CORPORATION, *et al.*,

     Defendants.

Civil Action No. 1:07-cv-00595-RCL
Judge Lamberth

### <u>ORDER GRANTING MOTION TO SUBSTITUTE PARTY</u>

     This matter came before the Court on the unopposed motion of Plaintiffs Republic Property Trust and Republic Property Limited Partnership to substitute Liberty Property Trust and Liberty Property Limited Partnership as plaintiffs in place of Republic Property Trust and Republic Property Limited Partnership respectively.  It appearing to the Court that counsel for all Defendants have consented to the entry of this order and it further appearing to the Court that the rights of the parties and the ultimate disposition of the pending appeal will not be affected by this substitution of parties; and, for good cause shown, it is this _____ day of _____, 2008

     **ORDERED** that Plaintiffs' Motion is **GRANTED**.  Liberty Property Trust and Liberty Property Limited Partnership be, and hereby are, substituted as plaintiffs in place of Republic Property Trust and Republic Property Limited Partnership respectively.

_____
ROYCE C. LAMBERTH
United States District Judge

Copies to:

Mark E. Nagle
Tameka M. Collier
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004

Seymour Glanzer
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

William T. Burke
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005