UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| REPUBLIC PROPERTY TRUST, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 07-595 (RCL) |
| REPUBLIC PROPERTIES CORPORATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

This matter comes before the Court on the unopposed motion of plaintiffs Republic Property Trust and Republic Property Limited Partnership to substitute Liberty Property Trust and Liberty Property Limited Partnership as plaintiffs in place of Republic Property Trust and Republic Property Limited Partnership, respectively. It appearing to the Court that counsel for all defendants have consented to the entry of this order, and it further appearing to the Court that the rights of the parties and the ultimate disposition of the pending appeal will not be affected by this substitution of parties, and for good cause shown, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED. Liberty Property Trust and Liberty Property Limited Partnership shall be, and hereby are, substituted as plaintiffs in place of Republic Property Trust and Republic Property Limited Partnership, respectively.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 16, 2008.